# NO. 12-15-00136-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *ALICE JONES,*<br>*APPELLANT* | § | *APPEAL FROM THE* |
| *V.* | § | *COUNTY COURT AT LAW* |
| *HARVEY JONES,*<br>*APPELLEE* | § | *SMITH COUNTY, TEXAS* |

## MEMORANDUM OPINION
### PER CURIAM

This appeal is being dismissed for want of jurisdiction. The trial court's judgment was signed on October 31, 2014. Under the rules of appellate procedure, the notice of appeal must be filed within thirty days after the judgment is signed. *See* TEX. R. APP. P. 26.1. Appellant did not file a motion for new trial. *See* TEX. R. APP. P. 26.1(a) (providing that notice of appeal must be filed within ninety days after judgment signed if any party timely files motion for new trial). Therefore, Appellant's notice of appeal was due to have been filed no later than December 1, 2014. However, Appellant filed her notice of appeal on May 22, 2015. Because Appellant's notice of appeal was filed later than December 1, 2014, it was untimely, and we do not have jurisdiction of the appeal.

On May 27, 2015, this court notified Appellant that her notice of appeal was untimely and there was no timely motion for an extension of time to file the notice as permitted by Texas Rule of Appellate Procedure 26.3. Appellant was further informed that the appeal would be dismissed if the information in this appeal was not amended, on or before June 8, 2015, to show the jurisdiction of this court. The June 8, 2015 deadline has passed. But the information in this appeal has not been amended to show this court's jurisdiction, and Appellant has not otherwise responded to this court's notice. Therefore, we ***dismiss*** the appeal ***for want of jurisdiction***. *See* TEX. R. APP. P. 42.3(c).

Opinion delivered June 10, 2015.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JUNE 10, 2015**

**NO. 12-15-00136-CV**

**ALICE JONES,**
Appellant
V.
**HARVEY JONES,**
Appellee

Appeal from the County Court at Law

of Smith County, Texas (Tr.Ct.No. 13-1080-E)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this court is without jurisdiction of the appeal, and that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed for want of jurisdiction**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*